RECEIVED
JUN 10 2020
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | 3:20-cr-00117-01 |
| VERSUS | * | Judge Doughty |
| | * | Magistrate Judge Hayes |
| LARRY RANELL COLEMAN | * | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
(Felon in Possession of Firearm)

On or about the 31st of May 2019, in the Western District of Louisiana, the defendant, **Larry Ranell Coleman**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm to-wit: (1) a F.I.E., Model Titan, .25 caliber, semi-automatic pistol and ammunition, and the firearm and ammunition were in and affecting interstate or foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1). [18 U.S.C. § 922(g)(1)].

### FORFEITURE NOTICE

A. The allegations in Count 1 are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of the Federal Rule of Criminal Procedure 32.2 and Title 18, United States Code, Section 924(d).

B. Upon conviction of the firearms offense alleged in the Counts set forth above in this Indictment, the defendant, **Larry Ranell Coleman** shall forfeit to the United States the following items seized by law enforcement officers on or about August 27, 2018:

1. F.I.E., Model Titan, .25 caliber, semi-automatic pistol;
2. 3 rounds of Winchester .25 ammunition.

C. By virtue of the offense charged in this Indictment, any and all interests in the above-described property is vested in the United States and is forfeited to the United States pursuant to the Federal Rules of Criminal Procedure, and Title 18, United States Code, Section 924(d).

All in accordance with the Federal Rules of Criminal Procedure, and Title 18, United States Code, Section 924(d). [18 U.S.C. § 924(d)].

A TRUE BILL:

*REDACTED*

GRAND JURY FOREPERSON

DAVID C. JOSEPH
United States Attorney

Brandon B. Brown (LA Bar # 31068)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600

Page **2** of **2**